IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SHERMAN ALLEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CO. SETTLE, CO. MCCORMACK, | : | |
| CO. LEVENGOOD, SGT. HISSINGER, | : | |
| SGT. DAVIDEK, MULTIPLE UNKNOWN | : | |
| OFFICERS, MARY CANINO, GERALD | : | |
| ARASIN, DOREK WHITE, NORMA L. HICKS, | : | |
| MIKE WENEROWICZ, JAY TAIRE, ROBIN | : | No. 15-4011 |
| M. LEWIS, DR. CHRISTIAN and | : | |
| KERRY KERSCHNER | : | |

## ORDER

**AND NOW**, this 23rd day of December, 2015, upon consideration of the Motion of Ferdinand Christian, M.D. to Dismiss the Complaint of Michael Sherman Allen (Document No. 9) and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.