**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL SHERMAN ALLEN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CO. SETTLE, CO. MCCORMACK,** | : | |
| **CO. LEVENGOOD, SGT. HISSINGER,** | : | |
| **SGT.  DAVIDEK, MULTIPLE UNKNOWN** | : | |
| **OFFICERS, MARY CANINO, GERALD** | : | |
| **ARASIN, DOREK WHITE, NORMA L. HICKS,** | : | |
| **MIKE WENEROWICZ, JAY TAIRE, ROBIN** | : | **No. 15-4011** |
| **M. LEWIS, DR. CHRISTIAN and** | : | |
| **KERRY KERSCHNER** | : | |

## <u>ORDER</u>

**AND NOW**, this 23rd day of December, 2015, upon consideration of the Defendants

Mary Canino, Gerald Arasin, Norma Hicks, Michael Wenerowicz, Jay Taire, Robin Lewis

and Kerry Kerschner's Motion to Dismiss Plaintiff's Complaint (Document No. 11) and

Derek White's Motion to Dismiss Plaintiff's Complaint (Document No. 25), and the

plaintiff's response, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** as to the defendants

Mary Canino, Gerald Arasin, Derek White (misnamed as Dorek White), Norma L. Hicks,

Michael Wenerowicz, Jay Taire, Robin M. Lewis and Kerry Kerschner ONLY.

_/s/Timothy J. Savage_____
TIMOTHY J. SAVAGE,  J.